1058

[No. 18242-4-II.   Division Two.   February 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK
S. McFARLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 94-1-00059-7, Francis Mark McCau-
ley, J., entered April 25, 1994. *Affirmed* by unpublished
opinion per Seinfeld, C.J., concurred in by Turner and
Armstrong, JJ.

[No. 31732-6-I.   Division One.   February 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS
A. TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-00441-5, David F. Hulbert, J.,
entered November 10, 1992. *Affirmed* by unpublished
opinion per Agid, J., concurred in by Baker, C.J., and
Grosse, J.

[No. 34469-2-I.   Division One.   February 26, 1996.]

THE CITY OF SEATTLE, *Petitioner*, v. DAVID A. KOHLES,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-23663-8, James A. Noe, J., entered March
21, 1994. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Kennedy and Agid, JJ. Now published at
81 Wn. App. 678.

[No. 35880-4-I.   Division One.   February 26, 1996.]

KEVIN G. McGUIRE, *Appellant*, v. EMPLOYMENT
SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-08171-3, Charles W. Mertel, J., entered
January 5, 1995. *Dismissed* by unpublished per curiam
opinion.